BEFORE THE THIRD DIVISION, APRIL 30, 1962

**No. 66721.—**Haruta & Co., Inc. *v.* United States, protests 61/18475 and 61/18466 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware eggcups similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (46 Cust. Ct. 8, C.D. 2226), the claim of the plaintiff was sustained.